1 | GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
2 | 38 Discovery, Suite 200
  | Irvine, California 92618
3 | Telephone: (949) 753-0255
  | Facsimile: (949) 753-0265
4 | Electronic Service: eservice@g3pmlaw.com
  | Attorney: Matthew M. Proudfoot, SBN: 155988
5
  | Attorney for Defendant, FCA US LLC
6
  | BARRY LAW FIRM
7 | 11845 W. Olympic Blvd., Suite 1270
  | Los Angeles CA 90064
8 | Telephone: (310) 684-5859
  | Facsimile: (310) 862-4539
9 | Attorney: David Barry, Esq., SBN: 219230

10 | Attorneys for Plaintiff, CARLA GONZALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA GONZALES, an individual,, | Case No: 5:21-cv-00527-CJC-KK |
| Plaintiff, | Mag. Judge: Kenly Kiya Kato |
| | Dist. Judge: Cormac J. Carney |
| vs. | Dept.: |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |
| | Action Filed: March 26, 2021 |
| | Trial: April 26, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Carla Gonzales and Defendant FCA US LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

///

1

_____
JOINT NOTICE OF SETTLEMENT

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: January 11, 2022           **THE BARRY LAW FIRM**

By: */s/ David Barry*
David Barry
Attorneys for Plaintiff, CARLA GONZALES

Dated: January 11, 2022           **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By: */s/ Matthew M. Proudfoot*
Matthew M. Proudfoot
Attorneys for Defendant, FCA US LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*

Heidi Dufour